1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11
JOEL RICHARDS, an individual; MICHAEL PARTEE, an individual; and ROES 1-50 on behalf of themselves and in a representative capacity for all other similarly situated on behalf of the general public,

CASE NO. 08CV2393-MMA (AJB)

12

**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND ACTION TO STATE COURT**

13
14

Plaintiffs,

[Doc. No. 21]

vs.

15
16
AMERI-FORCE MANAGEMENT SERVICES, INC., a Delaware Corporation; and DOES 1-50, inclusive,

17
18

Defendants.

19

Pending before the Court is Plaintiffs' motion to remand this action to state court for lack of subject matter jurisdiction. (Doc. No. 21.) Defendant does not oppose the motion. (Doc. No. 30.) Accordingly, the Court hereby **GRANTS** Plaintiffs' motion and **REMANDS** this action to San Diego County Superior Court for such other and further proceedings as that court deems proper. The Clerk shall close the file and send the necessary materials to the San Diego County Superior Court for the remand.

20
21
22
23
24

**IT IS SO ORDERED**.

25

DATED: February 24, 2010

26
27
28

Hon. Michael M. Anello
United States District Judge